UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Nelson Ryder,

    Plaintiff

v.

Janet Bartholomew, et al.

    Defendants

CIVIL ACTION NO. 3:13-CV-1498

(MARIANI, J.)
(MEHALCHICK, M.J.)

### ORDER

AND NOW, this 27th day of May, 2014, for the reasons set forth in the Memorandum filed concurrently herewith, it is hereby ORDERED as follows:

1. Plaintiff's Motion for Reconsideration (Doc. 55) is **DENIED**.

2. The Motion to Dismiss (Doc. 63) filed by Defendant Prison Health Service is **DENIED as MOOT and without prejudice**, and Defendant Prison Health Service, Inc., is directed to file a response to Plaintiff's Third Amended Complaint (Doc. 48) within thirty (30) days from the date of today's Order, or on or before **June 26, 2014**.

3. Plaintiff's Motion for Extension of Time to Effect Service (Doc. 68) is **GRANTED in part and DENIED in part**. The Clerk of Court is directed to issue process to the United States Marshal, who shall personally serve Plaintiff's Third Amended Complaint (Doc. 48), together with a Notice of Lawsuit, Request for Waiver and form Notice and Consent to the Juridiction of a Magistrate Judge, upon **Defendant Patricia Gessner, LPN** in accordance with Rule 4(e) of the Federal Rules of Civil Procedure, at the following address identified by Plaintiff:

   **Defendant Patricia Gessner, LPN
   ATTN: Litigation Coordinator
   SCI-Coal Township
   One Kelley Drive
   Coal Township, PA 17866**

4. The Motion of Defendants Bartholomew, Bordner, Brumfield, Burgos, Delbaugh, Ebersole, Fetterman, Foulds, Hamilton, Luscavage, Ritchey, Taylor and Wariki for an Extension of Time (Doc. 73) is **GRANTED** and these Defendants are directed to file a response to Plaintiff's Third Amended Complaint (Doc. 48) within thirty (30) days from the date of today's Order, or on or before **June 26, 2014**.

5. The Motion to Stay (Doc. 72) filed by Defendants Boguslaw, Davis and Rockwell is **GRANTED** and all discovery is stayed pending resolution of any outstanding motions to dismiss.

**Dated: May 27, 2014**                                          *s/ Karoline Mehalchick*
                                                                 **KAROLINE MEHALCHICK**
                                                                 **United States Magistrate Judge**