THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

FILED
SCRANTON

MAY - 6 2016

PER _____
DEPUTY CLERK

NELSON RYDER,

    Plaintiff

v.

JANET BARTHOLOMEW, et al.,

    Defendants

3:13-CV-1498
(JUDGE MARIANI)

## ORDER

AND NOW, THIS 6th DAY OF MAY, 2016, upon consideration of Plaintiff's "Rule 59(e) Motion to Alter or Amend Document Number 128 Order Entered on January 16, 2015 and Document 141 Order Entered on January 20, 2015" (Doc. 143) and Plaintiff's Letter dated March 11, 2015, which has been construed as a renewed request to alter or amend "Document Number 128 Order Entered on January 16, 2015 and Document 141 Order Entered on January 20, 2015" (Doc. 150), **IT IS HEREBY ORDERED THAT:**

1. Plaintiff's "Rule 59(e) Motion to Alter or Amend Document Number 128 Order Entered on January 16, 2015 and Document 141 Order Entered on January 20, 2015" (Doc. 143) is **DENIED**.

2. Plaintiff's Letter dated March 11, 2015, which has been construed as a renewed request to alter or amend "Document Number 128 Order Entered on January 16, 2015 and Document 141 Order Entered on January 20, 2015" (Doc. 150) is **DENIED**.

Robert D. Mariani
United States District Judge