United States District Court
Middle District of Pennsylvania

Nelson Ryder,
    plaintiff

vs.

Janet Bartholomew, et. al.,
    defendants

Civ. Ac. No. 3:13-CV-1498

FILED SCRANTON
AUG 07 2018
PER _____ DEPUTY CLERK

To the Honorable Magistrate Judge, Karoline Mehalchick:

Notice is hereby given that Nelson Ryder, the above plaintiff, does hereby voluntarily terminate and discontinue the above entitled case.

Respectfully Submitted,

Nelson Ryder, GQ8219
SCI-Coal Township
One Kelley Drive
Coal Township, PA 17866

Nelson Ryder, GQ8219
SCI-Coal Township
One Kelley Drive
Coal Township, PA 17866

RECEIVED
RHU SCRANTON
MAIL
AUG 07 2018
PER _____
DEPUTY CLERK

INMATE MAIL
PA DEPT OF
CORRECTIONS



U.S POSTAGE >> PITNEY BOWES
ZIP 17866 $ 000.47⁰
02 4W
0000341996 AUG 03 2018

The Hon. Magistrate, Karoline Mehalchick
United States District Court
Middle District of Pennsylvania
235 N. Washington Avenue
P.O. Box 1148
Scranton, PA 18501-Fifteen

